# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VIRGIL MITCHELL,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:21-00085-KD-MU** |
| **STATE OF ALABAMA DHR, et al.,** ) | |
|     **Defendants.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 30, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' motions to dismiss (Docs. 17, 23, and 26) is **GRANTED** and that the Plaintiff's Complaint (Doc. 7) is **DISMISSED.**

**DONE** and **ORDERED** this the **9th** day of **December 2021.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**