IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VIRGIL MITCHELL,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:21-00085-KD-MU** |
| **STATE OF ALABAMA DHR, et al.,** ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERD, ADJUDGED**, and **DECREED**, that this action is **DISMISSED.**

**DONE** and **ORDERED** this the **9th** day of **December 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**