**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VIRGIL MITCHELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Civil Action No. 21-00085-KD-MU** |
| | ) |
| **STATE OF ALABAMA DHR,** *et al*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This action is before the Court on the following:

1) Motion to Amend & Correct Motions filed December 7 and 26, 2025 in Civil Action No. 24-00344-TFM-C (doc. 78)

2) Motion to Correct Claim Entitlement and Initial Amended Complaint filed January 14, 2026 (doc. 80) (doc. 80-1, corrected Initial Amended Complaint pursuant to "42 U.S.C. § 1983, 28 U.S.C. § 1345, 1348 A Racketeer Influence & Corrupt Organization"; doc. 80-2 "Claim Entitlement #2 Statement)

3) Motion to Correct documents attached to Summons filed January 14, 2026 (doc. 81)

4) Motion to Correct documents attached to Summons filed January 14, 2026 (doc. 82)

5) Notice of Filing - Copy of Order in Civil Action No. 24-00344-TFM-C (doc. 83)

6) Notice of Filing – "Claim Entitlement #2 Statement" (doc. 84)

7) Motion for Leave to file First and Second Amended Complaint (doc. 85)

8) Notice of Filing - First Amended Complaint (doc. 86)

This action closed December 9, 2021. Mitchell is aware that this action is closed. After the Court denied Mitchell's post-judgment objections and motion for reconsideration (doc. 55),

the Court informed Mitchell four times that this action is closed (docs. 57, 59, 63, 65).  The Court also dismissed as "nonsensical" and unrelated to this action, a prior motion to amend or correct documents that were filed in Civil Action No. 24-00344-TFM-C (doc. 77).

Upon consideration of the foregoing, and pursuant to the Court's inherent power to manage its docket, the Motions and Notices are STRICKEN.  See Fisher v. Whitlock, Fed. Appx. 711, 713-714 (11th Cir. 2019) (finding that the "district court did not abuse its discretion in exercising its inherent power to manage its docket to strike" a pro se litigant's fifth motion for "reconsideration of the order denying her Rule 60(b) motion for relief from judgment.") (citations omitted).

DONE and ORDERED this 8th day of May 2026.


s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE