**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **VIRGIL MITCHELL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 21-00085-KD-MU** |
| | ) | |
| **STATE OF ALABAMA DHR, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on Plaintiff Virgil Mitchell's "Motion to Correct & Amend Motion to Leave filed already" and "Motion for Leave to file 1st & 2nd Amended Complaint" dated September 24, 2026 (with attachments) (doc. 92), "Motion to Amend & Correct" the Motion dated September 24, 2026, and dated September 25, 2026 (with attachments) (doc. 93), and "Motion to Amend & Correct" the Motion dated September 25, 2026, and dated September 26, 2026 (with attachments) (doc. 94).

This action closed December 9, 2021. Mitchell is aware that this action is closed. After the Court denied Mitchell's post-judgment objections and motion for reconsideration (doc. 55), the Court informed Mitchell six times that this action is closed (docs. 57, 59, 63, 65, 87, 91).

Upon consideration of the foregoing, and pursuant to the Court's inherent power to manage its docket, the Motions (docs. 92, 93, 94) are STRICKEN. See Fisher v. Whitlock, Fed. Appx. 711, 713-714 (11th Cir. 2019) (finding that the "district court did not abuse its discretion in exercising its inherent power to manage its docket to strike" a pro se litigant's fifth motion for "reconsideration of the order denying her Rule 60(b) motion for relief from judgment.") (citations omitted).

DONE and ORDERED this 1st day of October 2026.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**